UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WENDY RIPLEY

213 10TH STREET, SE

WASHINGTON, DC

    Plaintiff,

UNITED STATES

    Defendant

Case: 1:18-cv-01465   Jury Demand
Assigned To : Mehta, Amit P.
Assign. Date : 6/21/2018
Description: Pro Se Gen. Civil   F Deck

## COMPLAINT

### JURISDICTION, VENUE, AND PARTIES

Jurisdiction of this Court over Defendant United States of America ("United States") is invoked pursuant to the Federal Torts Claims Act ("FTCA"), 28 U.S.C. 1346(b), 2671.

Plaintiff Wendy Ripley is a resident of Washington D.C.

The cause of this action arose in the District of Columbia. Accordingly, venue is proper with this Court under 28 U.S.C. 1402(b), 1391(e)

Notice of Plaintiff's tort claim was received by the United States through its agency the Executive Office of the President on January 38, 2016. EX-WR 20141205

### FACTS

On or about December 5, 2014, Plaintiff was working at Executive Residence as pastry chef

On or about December 5, 2014, Plaintiff was employed as a contractor, or Service By Agreement employee and had been working in this capacity at this location for about 8 years.

On or about December 5, 2014 Plaintiff was in a large walk in freezer completing an inventory task given to her by her supervisor

The freezer was overstocked for the holidays with large items precariously stacked high and on top of unstable rolling carts

PLEADING TITLE - 1

RECEIVED
JUN 2 1 2018
Clerk, U.S. District and
Bankruptcy Courts

1     Plaintiff Wendy Ripley was facing the side of the freezer counting product

2     Behind her there was a large rolling cart where someone had dangerously stacked heavy, large, plastic boxes filled with, now frozen, cake batter, three boxes high.

4     When frozen, these large plastic become warped and unstable

5     One of these large heavy cake batter filled containers slipped off the stack behind her and struck the plaintiff in the head.

7     Plaintiff was found, stunned, and bleeding by coworker.

8     Plaintiff was treated on the premises by White House Medical Physicians and who told her she may have a skull fracture, brain injury, bleeding on the brain, and neck fracture. They said the injuries were too severe for them to treat.

11     WHM office physicians told plaintiff they did not have proper equipment to treat injury and sent her to George Washington University Hospital.

13     Head Usher on Duty instructed Plaintiff supervisor to walk her to the gate of the Executive Residence

15     At no time did Executive Residence staff offer to aid Plaintiff in getting to the hospital

16     At no time did Executive Residence staff offer to send someone with Plaintiff to the hospital

17     Plaintiff did not see designated escort and so asked the first person she saw to take her to the gate

18     Plaintiff was in shock but able to get a cab to take her to the GWU hospital

19     As a result of this head injury, Plaintiff Wendy Ripley suffered a concussion, traumatic brain injury, scalp laceration. Plaintiff sustained a permanent injury as she still experiences fatigue, difficulties with memory, problems concentrating, headaches, back pain, neck pain, and executive function.

22     Plaintiff Wendy Ripley lost employment at the Executive Residence following this accident.

### COUNT 1

25     Defendant United States, as the property owner, owed Plaintiffs, as an employee on the premises, a duty to maintain the premises in a reasonably safe condition – including the freezer where Plaintiff Wendy Ripley was injured.

PLEADING TITLE - 2

Defendant breached this duty through negligent acts and/or omissions that include, but are not limited to, the following:

a) Failure to provide adequate freezer storage space for holidays

b) Failure to assure freezer was properly organized and maintained

c) failure to maintain workspace with nationally recognized safety standards

d) such other acts or omissions that may be uncovered during discovery

As a direct and proximate result of Defendant's negligence, Plaintiff Wendy Ripley sustained serious and permanent injuries.

As a further proximate result of Defendant's negligence, Plaintiff has incurred travel and medical expenses and will continue to incur medical expenses for care in connection with the incident; has had loss of income due to the impact of ability to earn a living, has suffered and will continue to suffer physical and mental pain and anguish associated with the incident.

WHEREFORE, Plaintiff demands judgement against Defendant in the full and just amount of One Hundred Thirty Four Thousand Twenty and Seventy Four cents ($134,020.74) plus costs and interest.

Dated this 20th day of June, 2018

_____
Wendy Ripley

PLEADING TITLE - 3